UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HAIDER SALAH ABDULRAZZAK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>,<br><br>　　　　Defendant. | Case No. 21-cv-02925-PJH<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 1 |

　　Plaintiff, a state prisoner proceeding pro se, filed a civil action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the court. The case is **DISMISSED** without prejudice. All pending motions (Docket No. 1) are **DENIED**.

　　**IT IS SO ORDERED.**

Dated: June 4, 2021

　　　　　　　　　　　　　　　　　　_/s/ Phyllis J. Hamilton_
　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　United States District Judge